STATE OF NEW JERSEY v. THEODORE MORGAN,
a/k/a THEODORE ROOSEVELT MORGAN.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE GOODRICH.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER A. WILLIAMS.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHNNY LEE LEMON.

March 2, 1971. Petition for certification denied.

DORA MEINES v. HY LEVINE ASSOCIATES.

March 2, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. RUDOLPH GOLSON.

March 2, 1971. Petition for certification denied.